

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DUANE L. COOK, | § | No. 08-22-00111-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| TEXAS MUTUAL INSURANCE COMPANY, | § | of Ward County, Texas |
| | § | (TC# 20-08-25542-CVW) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order granting Appellee's motion for summary judgment and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF APRIL, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.